IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CECIL M. FERGUSON and WILLIAM W. HORSMAN, | ) ) ) | |
| Plaintiffs, | ) ) ) | CASE NO. 2:14-CV-1012-WKW |
| v. | ) ) | |
| KIM THOMAS, COMMISSIONER, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

On November 3, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 12th day of December, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE